UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 0:14-CV-60954-DPG

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

      Plaintiff,

v.

ROBERT J. VITALE and
REALTY ACQUISITIONS & TRUST, INC.,

      Defendants.

and

CORAL SPRINGS INVESTMENT
GROUP, INC.,

      Relief Defendant.

**FINAL JUDGMENT AS TO RELIEF DEFENDANT
CORAL SPRINGS INVESTMENT GROUP, INC.**

  The United States Securities and Exchange Commission having filed a Complaint and Coral Springs Investment Group, Inc. ("CSIG") having consented to the Court's jurisdiction over CSIG and the subject matter of this action; consented to entry of this Final Judgment; waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that CSIG is jointly and severally liable with Defendant Robert J. Vitale for disgorgement of $320,827, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $125,771, for a total of $446,598.  CSIG, Defendant Vitale, or some combination of them, shall satisfy this obligation by either (i) satisfying, or causing to be removed, all liens and encumbrances (hereinafter "lien elimination") on certain real property currently titled in the name of Defendant Realty Acquisitions & Trust, Inc. and located at 2319 S. Federal Highway, Boynton Beach, FL 33435, and more particularly described as Robinson Addition, Lots 1-5, recorded in plat book 23, page 144 of the Public Records of Palm Beach County, Florida (hereinafter "the 2319 South Federal Property"), by or before Defendant Vitale disgorges that property in accordance with Section VII of the Final Judgment against him in this action; or (ii) paying $446,598 to the Securities and Exchange Commission within (10) days following entry of this Final Judgment.  Such payment may be transmitted electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.  Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.  Payment may also be made by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Robert J. Vitale's as a defendant and CSIG as a relief defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Photocopies of evidence of said lien elimination or said payment, along with case identifying information, shall be simultaneously transmitted to the Commission's counsel in this action.  Making this payment relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall, directly or indirectly, be returned to Defendant Vitale or CSIG or Defendant Realty Acquisitions & Trust, Inc.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest, including through collection procedures authorized by law, at any time after 14 days following entry of this Final Judgment.  CSIG shall pay, jointly and severally with Defendant Vitale, post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.  The Commission shall hold the funds, together with any interest and income earned thereon (collectively, the "Fund"), pending further order of the Court.

The Commission may propose a plan to distribute the Fund subject to the Court's approval, but in no event shall any part of the Fund revert, directly or indirectly, to Defendant Vitale, Relief Defendant CSIG, or to either's s heirs or assigns.  Such a plan may provide that the Fund shall be distributed pursuant to the Fair Fund provisions of Section 308(a) of the Sarbanes-Oxley Act of 2002.  The Court shall retain jurisdiction over the administration of any distribution of the Fund.  If the Commission staff determines that the Fund will not be distributed, the Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the annexed Consent of Relief Defendant CSIG be, and hereby is, incorporated herein with the same force and effect as if fully set forth herein.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this action for all purposes, including the implementation and enforcement of this Final Judgment.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of August, 2015.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:   Magistrate Judge White
      All Counsel of Record