UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:14-CV-60954-DPG

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

                Plaintiff,

v.

ROBERT J. VITALE and
REALTY ACQUISITIONS & TRUST, INC.,

                Defendants.

and

CORAL SPRINGS INVESTMENT
GROUP, INC.,

                Relief Defendant.

**FINAL JUDGMENT OF PERMANENT INJUNCTION AND
OTHER RELIEF AS TO DEFENDANT REALTY ACQUISITIONS & TRUST, INC.**

The United States Securities and Exchange Commission having filed a Complaint and Defendant Realty Acquisitions & Trust, Inc. ("RATI") having consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment; waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or

participation with them who receive actual notice of this Final Judgment by personal service or otherwise be, and they hereby are, permanently restrained and enjoined from violating, directly or indirectly, Section 17(a) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. § 77q(a)] in the offer or sale of any security by using any means or instrumentality of transportation or communication in interstate commerce, or by use of the mails, directly or indirectly:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to obtain money or property by means of any untrue statement of a material fact, or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

    (c)    to engage in any act, practice or course of business which operates or would operate as a fraud or deceit upon the purchaser,

by, directly or indirectly, (1) creating a false appearance or otherwise deceiving any person, or (2) disseminating any false or misleading documents, materials, or other information or making, either orally or in writing, any false or misleading statement in any communication with any investor or prospective investor, about (A) any investment in or offering of securities, (B) the experience, education or other qualifications of any person involved or purportedly involved in any respect in the operation or management of any such investment or offering, (C) the use of investor funds, (D) the risks of the investment, or (E) otherwise concerning any matters reasonably relating to a decision by an investor or prospective investor to invest, or to buy, sell or hold any such investment.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise be, and they hereby are, permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

    (c)    to engage in any act, practice or course of business which operates or would operate as a fraud or deceit upon any person,

by, directly or indirectly, (1) creating a false appearance or otherwise deceiving any person, or (2) disseminating any false or misleading documents, materials, or other information or making, either orally or in writing, any false or misleading statement in any communication with any investor or prospective investor, about (A) any investment in or offering of securities, (B) the experience, education or other qualifications of any person involved or purportedly involved in any respect in the operation or management of any such investment or offering, (C) the use of investor funds, (D) the risks of the investment, or (E) otherwise concerning any matters

reasonably relating to a decision by an investor or prospective investor to invest, or to buy, sell or hold any such investment.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise be, and they hereby are, permanently restrained and enjoined from violating Section 5 of the Securities Act [15 U.S.C. § 77e] by, directly or indirectly, in the absence of any applicable exemption:

(a) unless a registration statement is in effect as to a security, making use of any means or instruments of transportation or communication in interstate commerce, or of the mails, to sell such security through the use or medium of any prospectus or otherwise;

(b) unless a registration statement is in effect as to a security, carrying or causing to be carried through the mails or in interstate commerce, by any means or instruments of transportation, any such security for the purpose of sale or for delivery after sale; or

(c) making use of any means or instruments of transportation or communication in interstate commerce or of the mails to offer to sell or offer to buy through the use or medium of any prospectus or otherwise any security, unless a registration statement has been filed with the Commission as to such security, or while the registration statement is the subject of a refusal order or stop order or (prior to the

effective date of the registration statement) any public proceeding or examination under Section 8 of the Securities Act [15 U.S.C. § 77h].

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant, and its agents, servants, employees, attorneys, and assigns: (i) shall disgorge all investor assets in its possession, custody, or control, consisting of certain real property titled in Defendant's name and located at 2319 S. Federal Highway, Boynton Beach, FL 33435, and more particularly described as Robinson Addition, Lots 1-5, recorded in plat book 23, page 144 of the Public Records of Palm Beach County, Florida (hereinafter "the 2319 South Federal Property") with such disgorgement to take effect immediately upon the entry of this Final Judgment; (ii) are hereby restrained and enjoined from interfering in any way with the 2319 South Federal Property or with the efforts made by any Liquidation Agent to be appointed by this Court over the same; (iii) shall fully and promptly cooperate with all requests from said Liquidation Agent within the scope of its appointment; and (iv) shall not receive any proceeds or benefits, directly or indirectly, from the sale of the 2319 South Federal Property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the annexed Consent of Realty Acquisitions & Trust, Inc. be, and hereby is, incorporated herein with the same force and effect as if fully set forth herein.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this action for all purposes, including the implementation and enforcement of this Final Judgment.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of August, 2015.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge White
   All Counsel of Record