## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  14-CV-60954-GAYLES/TURNOFF

SECURITIES AND EXCHANGE  )
COMMISSION,  )
   )
    **Plaintiff,**  )
v.  )
   )
ROBERT J. VITALE and  )
REALTY ACQUISITIONS  )
AND TRUST, INC.,  )
   )
    **Defendants,**  )
   )
and  )
   )
CORAL SPRINGS INVESTMENT  )
GROUP, INC.,  )
   )
    **Relief Defendant.**  )
_____  )

### ORDER CONFIRMING LIQUIDATION AGENT'S SALE AND TRANSFER OF REAL PROPERTIES AND GRANTING RELATED RELIEF

Upon the Motion of Plaintiff Securities and Exchange Commission ("Commission") for an Order Confirming Liquidation Agent's Sale and Transfer of Real Property located at 2319 S. Federal Highway, Boynton Beach, FL 33435, and more particularly described as Robinson Addition, Lots 1-5, recorded in plat book 23, page 144 of the Public Records of Palm Beach County, Florida (hereinafter "the 2319 South Federal Highway Property") and Granting Related Relief; and in the Motion, the Commission having detailed the conduct and result of the sale of the 2319 South Federal Highway Property; and upon all of the proceedings had before the Court and the evidence received or proffered in connection with the sale, it having been determined

that the relief requested in the Motion is warranted in fact and by law; and good and sufficient cause appearing therefore, and after due deliberation,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted as set forth below;

2. The Liquidation Agent's transfer of the 2319 S. Federal Highway Property to Knuckles, LLC for $975,000 is confirmed;

3. The Clerk of the Court is directed to distribute $405.51 (as of May 6, 2016 with $0.06 per diem) to the Commission to fully satisfy Defendant Robert Vitale's lien on the 2319 S. Federal Highway Property; and

4. The Commission is authorized to release the Temporary Restraining Orders recorded with the Broward County and Palm Beach County Recorder's offices, which were recorded in accordance with the Temporary Restraining Order issued in this matter.

SO ORDERED on this ___ day of _____, 2016

_____
DARRIN P. GAYLES
United States District Judge

2