UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:14-CV-60954-DPG

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

   v.

ROBERT J. VITALE and
REALTY ACQUISITIONS
AND TRUST, INC.,

                Defendants,

and

CORAL SPRINGS INVESTMENT
GROUP, INC.,

                Relief Defendant.

## ORDER APPROVING THE CONSOLIDATED FINAL ACCOUNTING, TERMINATING THE DISTRIBUTION FUND, AND DISCHARGING THE DISTRIBUTION AGENT

**WHEREAS**, the Court, having reviewed the Plaintiff Securities and Exchange Commission's Motion for Approval of the Consolidated Final Accounting Report, Termination of the Distribution Fund and Discharge of the Distribution Agent ("Motion") [ECF No. 73], and the Motion's attached Exhibit A, and for good cause shown it is

**ORDERED AND ADJUGED** that:

1. The Motion shall be **GRANTED**.

2. The final accounting attached as Exhibit A to the Motion shall be **APPROVED**;

1

3. The Securities and Exchange Commission ("SEC") shall transfer all remaining funds in the Distribution Fund to the United States Treasury, subjection to Section 21F(g)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-6(g)(3);

4. Any funds returned to the Distribution Fund in the future shall be transferred to the SEC for remittance to the U.S. Treasury, subject to Section 21F(g)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-6(g)(3);

5. The Distribution Fund shall be terminated; and

6. The Distribution Agent shall be discharged.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of March, 2020.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE